UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:12-00206 |
| | ) | |
| v. | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. § 1956 |
| [1] ARTURO DELGADO | ) | 21 U.S.C. § 841 |
| [2] BRANDON ELLEDGE | ) | 21 U.S.C. § 846 |
| [3] DERRIC LEE | ) | 21 U.S.C. § 853 |
| [4] SUSAN STANSKY | ) | |
| [5] BRANDON STUCZYNSKI | ) | **UNDER SEAL** |
| [6] CURTIS TATE | ) | |
| [7] BARRY TURNER | ) | |

**SEALED ORDER**

This matter comes before the Court on the Government's Motion to Seal the Indictment, Criminal Cover Sheets and motion. It is hereby ordered that:

The Motion is granted and the Indictment, Criminal Cover Sheets, Motion to Seal and this Order sealed, pending further order of the Court.

WILLIAM J. HAYNES, JR.
Chief, U.S. District Court Judge