UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00206 |
| | ) | JUDGE CAMPBELL |
| SUSAN STANSKY | ) | |

ORDER

Pending before the Court is the Defendant's Motion For Payment Of Transportation Costs By The United States Marshals Service (Docket No. 178). Through the Motion, the Defendant requests an order directing the Marshals Service to pay the costs of transportation and ancillary subsistence costs associated with the travel of the Defendant from her residence in Edgar, Montana to Nashville, Tennessee for her trial that is currently set for March 11, 2014.

The Motion is GRANTED as the Court finds, pursuant to 18 U.S.C. § 4285, that the Defendant is financially unable to provide the necessary transportation to appear for trial on her own. Accordingly, the necessary costs of transportation and ancillary subsistence costs associated with the travel of the Defendant from her residence in Edgar, Montana to Nashville, Tennessee for her trial that is currently set for March 11, 2014 shall be paid by the Marshals Service to the extent authorized by law.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE